UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**STEUBEN FOODS, INC.,**

      *Plaintiff*,

v.

**JASPER PRODUCTS, LLC,**

      *Defendant*.

1:13-cv-01118-EAW-JJM

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), that all claims and counterclaims be and hereby are dismissed in their entirety with prejudice in accordance with the terms of a release agreement entered into between the parties.

Each party shall bear its own costs and attorneys' fees as to the dismissed claims and counterclaims.

Respectfully submitted, this 16th day of February, 2022.

<div style="column-count:2">

/s/ W. Cook Alciati
Joseph L. Stanganelli
BARCLAY DAMON LLP
160 Federal Street
Suite 1001
Boston, MA  02110
Telephone:  (617) 274-2900
jstanganelli@barclaydamon.com

2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Telephone:  (585) 295-4000

GARDELLA GRACE P.A.

W. Cook Alciati
80 M Street SE, 1st Floor
Washington, DC  20003
Telephone:  (703) 721-8379
calciati@gardellagrace.com

*Attorneys for Plaintiff*

/s/ Michael B. Hurd
Michael B. Hurd (pro hac vice)
mhurd@hoveywilliams.com
Matthew B. Walters (pro hac vice)
mwalters@hoveywilliams.com
Todd Gangel (pro hac vice)
tgangel@hoveywilliams.com
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210
Telephone:  (913) 647-9050
Facsimile:  (913) 647-9057

Michael A. Brady
HAGERTY & BRADY
69 Delaware Ave., Suite 1010
Buffalo, NY  14202
(716) 856-9443 (phone)
(716) 856-0511 (fax)
mbrady@hagerty-brady.com

*Attorneys for Defendant*

</div>